## CERTIFICATE OF SERVICE

I, __Jeffrey D. Mapes__, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made, I further certify that the service of this summons and a copy of the complaint was made __on 1/26/21__ by:

**X** Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
__See Attachment.__

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: __1/26/21__   Signature: _____

Print Name: __Jeffrey D. Mapes__
Business Address: __29 Pearl St. NW Ste 305__
City: __Grand Rapids__ State: __MI__ Zip: __49503__

Wells Fargo Bank, N.A.
c/o The Corporation Company
615 Griswold
Detroit MI, 48226.

Navient Solutions, Inc.
c/o CSC-Lawyers Incorporating Service
601 Abbott Rd.
East Lansing, MI 48823.

PHEAA
c/o The Corporation Company
30600 Telegraph Rd.
Bingham Farms MI 48025.