# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# GRAND RAPIDS DIVISION

In re:

ASHLEIGH JEAN SUNDERLIN,

       Debtor.

_____/

Bankruptcy Case No. 14-06578-jwb

Chapter 13

ASHLEIGH JEAN SUNDERLIN,

       Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,
PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY, and WELLS
FARGO BANK, N.A.,

       Defendants.

_____/

Adv. P. No. 1:21-ap-80010

Judge: Hon. James W. Boyd

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR WELLS FARGO TO FILE ANSWER TO AMENDED ADVERSARY COMPLAINT

The Court, having reviewed and considered the unopposed motion by Defendant Wells Fargo Bank, N.A. to extend time for Wells Fargo to answer to the amended adversary complaint, hereby orders:

Wells Fargo's time to file its answer to the amended adversary complaint is extended until and including July 30, 2021.

Date: _____

_____
Honorable James W. Boyd