UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: | Case No. 14-06578 |
| | Ch. 13 Proceeding |
| Ashleigh J. Sunderlin | Hon. James W. Boyd |
| | Filed 10/14/2014 |
| Debtor | |
| _____/ | |
| Ashleigh J. Sunderlin | |
| Plaintiff, | Adv. Pro. 21-80010 |
| vs. | |
| Wells Fargo, N.A., and Navient Solutions, Inc. | |
| Defendants. | |

### ORDER GRANTING PLAINTIFF'S CONSENT MOTION
### FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

This matter comes before the court upon Plaintiff's Consent Motion for Leave to File Second Amended Complaint [DN 47]. Having reviewed the unopposed motion, and being otherwise advised in the premises:

Plaintiff's Consent Motion for Leave to File Second Amended Complaint is **Granted**. Plaintiff shall file an amended complaint with this Court on or before August 13, 2021.

### END OF ORDER

**IT IS SO ORDERED.**

**Dated August 16, 2021**



James W. Boyd
United States Bankruptcy Judge